IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-91-541-CR




THE STATE OF TEXAS,


 APPELLANT


vs.




CONN BRADFORD WHEELER,



 APPELLEE


 



FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY,


NO. 356,184, HONORABLE STEVE RUSSELL, JUDGE



 




PER CURIAM


 This is an appeal from an order granting motion to suppress evidence. Appellant
has filed a motion to withdraw the appeal. No decision of this Court has been delivered. The
motion is granted and the appeal is dismissed. See Tex. R. App. P. Ann. 59(b) (Pamph. 1991).



[Before Chief Justice Carroll, Justices Aboussie and Kidd]

Dismissed On Appellant's Motion

Filed: January 15, 1992

[Do Not Publish]








January 15, 1992








Honorable Giselle Horton

Assistant County Attorney

Travis County Courthouse

P. O. Box 1748

Austin, Texas 78767


 Re: No. 3-91-541-CR--The State of Texas v.
Conn Bradford Wheeler (t/c no. 356-184)


Counsel:


You are hereby notified that appellant's motion to dismiss appeal in the above cause was this day
submitted and granted. The appeal is dismissed on appellant's motion.


A copy of this Court's opinion and judgment are enclosed in accordance with Rule 91, Texas
Rules of Appellate Procedure.


The Court's mandate has been issued this date to the clerk of the trial court under separate cover.


 Very truly yours,


 DIANE O'NEAL, CLERK PRO TEM



 By

 Barbara E. Chapman, Deputy

Enclosures


xc: State Prosecuting Attorney

 Clerk, Court of Criminal Appeals

 Honorable , District Judge

 , District Clerk